IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                      ORDER

v.

                                                12-cr-138-jdp

RICKY SIMPSON,

                Defendant.

---

A continued hearing on the probation office's petition for judicial review of Ricky Simpson's probation was held on March 10, 2015, before U.S. District Judge James D. Peterson. The government appeared by Assistant U.S. Attorney Rita Rumbelow. The defendant was present in person and by counsel, Associate Federal Defender Kelly Welsh. Also present was U.S. Probation Officer Kristin Kiel. The purpose of the hearing was to review defendant's compliance with the conditions of probation imposed on him at the judicial review hearing held on January 8, 2015 which ordered that the defendant participate in mental health referral, assessment and treatment as approved by the supervising U.S. probation officer and comply with the recommendations of the mental health agency or its representative to the extent approved by the supervising U.S. probation officer. In addition, defendant was to complete the Positive Attitude Development (PAD) program in conjunction with his mental health treatment, unless his mental health assessment recommends against that program.

At the hearing, both parties indicated they had reviewed Dr. Moran's Mental Health Assessment. The defendant indicated he was willing to follow Dr. Moran's recommendation and to begin medication to assist him with his ADHD. All parties were in agreement that the defendant should be referred to a psychiatrist and he should continue counseling with Dr. Moran. A further status conference was scheduled for May 15, 2015 at 1:00 p.m.

ORDER

IT IS ORDERED that

1. Defendant is to meet with Dr. Thomas Moran two times per month for an hour counseling session.

2. Defendant is to consult with Dr. Kenneth Hermann for prescription of medication to deal with the symptoms associated with defendant's ADHD diagnosis.

3. Defendant is to appear before the court on May 15, 2015 at 1:00 p.m. so that the court can review his compliance with the conditions of probation.

4. The defendant is advised to comply fully with his conditions of supervision as any future noncompliance could result in revocation of his term of probation.

Entered: March 12, 2015.

BY THE COURT:
/s/
JAMES D. PETERSON
District Judge